# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ekaterina Kunitskaia,<br><br>        Petitioner,<br><br>v.<br><br>David R Rivas,<br><br>        Respondent. | No. CV-25-01846-PHX-DJH (ASB)<br><br>**ORDER** |

Petitioner filed this action on May 29, 2025, challenging the President's invocation of 8 U.S.C. § 212(f) to restrict her entry to the United States and her ability to seek asylum pursuant to 8 C.F.R. § 235.3. The Court ordered expedited briefing on her Petition. (Doc. 4.) And while her Petition further requested emergency injunctive relief, the Court noted Petitioner did not file a separate motion outlining the relevant standard for seeking injunctive relief. (*Id.*) Petitioner has now filed a request to stay her removal pending resolution of her underlying petition. (Doc. 8.) The Court construes the request for a stay as a motion for temporary restraining order or preliminary injunction pursuant to Rule 65.

In its June 2, 2025, Order the Court noted a recent decision in this District determining "[t]he Proclamation [] likely lacks any statutory or constitutional authority and, resultingly, does not prevent Plaintiff from pursuing a final determination on her asylum claim." *Fatemeh Tabatabaeifar, v. Kika Scott, et al.*, CV-25-01238-PHX-GMS (MTM), 2025 WL 1397114, at *9 (D. Ariz. May 14, 2025). (Doc. 4.) The Court finds the decision in *Tabatabaeifar* persuasive. Because removal would deprive Petitioner of her

right to seek asylum, she has alleged that it is probable that she would suffer irreparable harm absent a stay.  She has also shown that she has a substantial case on the merits, without prejudice to Respondents demonstrating the contrary.  Lastly, the balance of hardships tips sharply in Petitioner's favor.  *See Nken v. Holder*, 556 U.S. 418, 434 (2009).  A stay will maintain the status quo until Respondents have had an opportunity to brief the Motion for Preliminary Injunction and will facilitate a considered review of the parties' arguments by the Court and a reasoned decision on the issues presented.

**IT IS THEREFORE ORDERED** Petitioner's Motion for Stay of Removal (Doc. 8) is **granted**.  Respondents are enjoined from removing Petitioner Ekaterina Kunitskaia (A# 249-141-136) from the United States pending further order of this Court.  Petitioner's request for a Preliminary Injunction remains pending.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

**IT IS FURTHER ORDERED** Counsel for Respondents must file a response to the Motion for Preliminary Injunction no later than Monday June 9, 2025.  Petitioner may file a Reply no later than Wednesday, June 11, 2025.

Dated this 3rd day of June, 2025.

Honorable Diane J. Humetewa
United States District Judge