# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ekaterina Kunitskaia,<br><br>    Petitioner,<br><br>v.<br><br>David R Rivas,<br><br>    Respondent. | No. CV-25-01846-PHX-DJH (ASB)<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 16), filed on June 10, 2025,

**IT IS ORDERED** approving the Stipulation (Doc. 16) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 11th day of June, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge